# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ROSHAW M. STRINGER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-236

[November 2, 2017]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Elizabeth Ann Metzger, Judge; L.T. Case No. 432012CF000470B.

Roshaw M. Stringer, Fort Pierce, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

WARNER, LEVINE and KLINGENSMITH, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***